UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

JAMAL UDDIN PATILLO　　　　　　　　　　CASE NO:　16-52620
　　　　　　　　　　　　　　　　　　　　　CHAPTER:　13
　　　　　　　　　　　　　　　　　　　　　JUDGE:　　RANDON

_____DEBTOR(S)/

## AFFIDAVIT OF JAMAL UDDIN PATILLO

STATE OF MICHIGAN　　　)
　　　　　　　　　　　　)SS.
OAKLAND COUNTY　　　　　)

JAMAL UDDIN PATILLO hereby deposes and states to the Court under penalty of perjury:

1. I am the Debtor in the above-referenced Chapter 13 Bankruptcy Petition. I have knowledge and information regarding the factual allegations contained in this affidavit. If called as a witness, I can competently testify to the same.

2. That I presently reside at 13300 Village Park Drive, Apt. #1092, Southgate 48195 with my Godmother, Carol Janice. I currently am not required, nor do I, pay rent or any other expenses for my present residence.

3. That my estranged spouse, Dawn Patillo, as well as my two (2) children, reside at 18014 Parkside in Detroit, MI. Dawn is presently not working, and will not be working for the foreseeable future to the best of my knowledge, information and belief. Due to this fact, I continue to provide financial assistance to Dawn for her support and the support of our children.

4. That I am provide assistance to Dawn in the amount of $575.00 every two weeks, and more if necessary, towards assistance of her household bills and expenses. To the best of my knowledge, information and belief, this support covers ½ of the monthly mortgage payment, or $700.00, as well as utilities and other incidental expenses, such as food. These expenses, as best as I can calculate and/or approximate them, as well as my personal expenses, are included on my filed Schedule J.

**Further deponent sayeth not**

_____
Jamal Uddin Patillo-Debtor

Dated: 12/12/16

Subscribed and Sworn Before me:

_____
Notary Public
My Commission expires: May 29, 2021

Heather A. Tousignant
Notary Public, State of Michigan
County of Wayne
My Commission Expires May 29, 2021
Acting in the County of Oakland